# IN THE SUPREME COURT OF THE STATE OF NEVADA

| | |
|---|---|
| DUSTON MILLER, A/K/A DUSTIN MILLER,<br>Appellant,<br>vs.<br>THE STATE OF NEVADA,<br>Respondent. | No. 79795 |
| DUSTIN MILLER, A/K/A DUSTON MILLER,<br>Appellant,<br>vs.<br>THE STATE OF NEVADA,<br>Respondent. | No. 79796 ✓ |

FILED

MAR 05 2020

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## *ORDER DECONSOLIDATING APPEALS AND DISMISSING APPEAL IN DOCKET NO. 79796*

These are pro se appeals from a single district court order denying a postconviction petition for a writ of habeas corpus. These appeals are deconsolidated.

This court's further review of the appeal in Docket No. 79796 reveals a jurisdictional defect. On September 23, 2019, appellant filed a pro se notice of appeal. The notice of appeal appears to challenge an order denying a postconviction petition for a writ of habeas corpus. However, the

SUPREME COURT
OF
NEVADA

(O) 1947A

20-08816

documents before this court indicate that no such order has been entered in district court case number C-16-312061-2, the case number designated in the notice of appeal. Thus, this appeal is premature. *See* NRS 177.015(3) (stating that a defendant only may appeal from a final judgment or verdict). In addition, it does not appear from the district court docket and minute entries that the district court has entered any appealable order. Accordingly, this court

ORDERS this appeal DISMISSED.

_____, J.
Gibbons

_____, J.          _____, J.
Stiglich                                Silver


cc:   Hon. Kathleen E. Delaney, District Judge
      Duston Miller
      Attorney General/Carson City
      Clark County District Attorney
      Eighth District Court Clerk